UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Mark Santomauro, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

CMRE Financial Services, Inc.,

    Defendant.

Docket No: 2:18-cv-04819-JS-AKT

ORDER

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: April 5, 2019

**HINSHAW & CULBERTSON LLP**

By: /s Matthew Corwin
Matthew Corwin, Esq.
800 Third Avenue
New York, New York 10022
Tel: (212) 471-6220
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 115464
*Attorneys for Plaintiff*

The Clerk of the Court is directed to mark this case CLOSED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: April 11, 2019
Central Islip, NY